Blaney & Karavan, P.C.
Frank Guaracini, III, Esq. (5910)
N.J. Attorney ID: 022352005
2123 Dune Drive, Suite 11
Avalon, New Jersey 08202
Phone: (609) 435-5368
Fax: (609) 435-5473
Attorneys for Plaintiff, Mary Jeralds

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| MARY JERALDS,<br><br>Plaintiff<br><br>v.<br><br>TRUMP TAJ MAHAL ASSOCIATES, L.L.C. d/b/a TRUMP TAJ MAHAL CASINO RESORT; TEI MANAGEMENT SERVICES, L.L.C.; BOB CURTIN; KENNY PARNELL; LOUIS BERKOWSKI; JOHN DOE 1 – 10 AND XYZ BUSINESS ENTITY 1 – 10 (fictitious names),<br><br>Defendants | Case No.:<br>1:16-cv-08501-RMB-KMW<br><br>Before:<br>Judge Rene Marie Bumb<br><br>*Civil Action*<br><br>**PARTIAL STIPULATION OF DISMISSAL AND CONSENT FOR REMAND TO STATE COURT** |
|---|---|

It is stipulated and agreed by the attorneys for Plaintiff, Mary Jeralds, and Defendant, Trump Taj Mahal, no other parties having appeared in this matter, as follows:

1. To the extent Plaintiff's Complaint alleges any causes of action pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C.A. 2000e, et seq., said causes of action are dismissed with prejudice;

2. Plaintiff's remaining claims including, but not limited to, those claims pursuant to

1

the New Jersey Law Against Discrimination, the common law of the State of New Jersey, or otherwise based upon state law, survive this Stipulation and shall proceed; and

3. The above captioned action shall be remanded to the Superior Court of New Jersey, Atlantic County, Law Division insomuch as this Court lacks jurisdiction.

By: _____
Frank Guaracini, III, Esq.
Attorney for Plaintiff, Mary Jeralds
Dated: December 9, 2016

By: _____
Russell Lichtenstein, Esq.
Attorney for Defendant, Trump Taj Mahal
Dated: December 9, 2016